ACCEPTED
03-14-00782-CV
3806646
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 5:14:08 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00782-CV

\* \* \* \* \*

IN THE COURT OF APPEALS
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 5:14:08 PM
JEFFREY D. KYLE
Clerk

\* \* \* \* \*

SANTANDER CONSUMER USA, INC.,
**Appellant**

V.

MARIO A. MATA, CENTROPLEX AUTOMOBILE RECOVERY, INC., JOHN F. THOMPSON d/b/a CENTROPLEX AUTOMOBILE RECOVERY, INC., REDSHIFT INVESTIGATION INC., and BLAKE THORNTON VANDUSEN,
**Appellees**

\* \* \* \* \*

ON APPEAL FROM THE 353RD JUDICIAL DISTRICT COURT
OF TRAVIS COUNTY, TEXAS

\* \* \* \* \*

APPELLEE REDSHIFT INVESTIGATION INC.'S
NOTICE OF DESIGNATION OF LEAD APPELLATE COUNSEL

TO THE HONORABLE JUSTICES OF THIS COURT:

NOW COMES Appellee Redshift Investigation Inc. and files this Notice of Designation of Lead Appellate Counsel. In accordance with Texas Rule of Appellate Procedure 6.1, Appellee Redshift Investigation Inc. designates the following attorney as its lead appellate counsel for purposes of this appeal:

Christopher A. Lotz
State Bar No. 24031630
LINDOW ▪ STEPHENS ▪ TREAT LLP

1

One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
clotz@lstlaw.com (e-mail)

In accordance with Texas Rule of Appellate Procedure 6.3(a), Appellee Redshift Investigation Inc. respectfully requests that any notices, copies of documents filed in an appellate court, or other communications made in accordance with this appeal be sent to its lead appellate counsel, Christopher A. Lotz.

Respectfully submitted,

By: _____

Christopher A. Lotz
State Bar No. 24031630
David L. Treat
State Bar No. 20205300
LINDOW ▪ STEPHENS ▪ TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
clotz@lstlaw.com (e-mail)
dlt@lstlaw.com (e-mail)

*Counsel for Appellee Redshift Investigation Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellee Redshift Investigation Inc.'s Notice of Designation of Lead Appellate Counsel was served by electronic service on the ___16th___ day of January, 2015, upon the following counsel of record:

Mario A. Mata
MARIO A. MATA, PLLC
One Congress Plaza
111 Congress Avenue, Suite 400
Austin, Texas 78701

Donald L. Turbyfill
Deborah C.S. Riherd
Vicki W. Hart
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056

John S. Kenefick
John R. Sigety
MACDONALD DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Karen C. Burgess
RICHARDSON + BURGESS LLP
221 West 6th Street, Suite 900
Austin, Texas 78701-344

Christopher A. Lotz